FILED ___
LODGED ___
RECEIVED ___
MAIL

MAR 18 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FREDERICK CHILDERS,           )   Case No. MS13 0046 RSL
                              )
           Plaintiff,         )   APPLICATION FOR WRIT
                              )   OF GARNISHMENT
    vs.                       )
                              )
RECEIVABLES PERFORMANCE       )
MANAGEMENT, LLC,              )
                              )
           Defendant,         )
                              )
STERLING SAVINGS BANK,        )
                              )
           Garnishee.         )

TO THE CLERK OF THE WESTERN DISTRICT OF WASHINGTON:

Plaintiff Frederick Childers ("Plaintiff" or "Judgment Creditor") hereby makes application to the Clerk of the United States District Court for the Western District of Washington for issuance of a Writ of Garnishment to satisfy a judgment against Defendant Receivables Performance Management, LLC ("Defendant" or "Judgment Debtor:"). In support, Plaintiff states as follows:

    1.    Plaintiff has a judgment partially unsatisfied in the court from which the writ is sought. *See* Registration of Foreign Judgment, attached hereto as *Exhibit A*; Affidavit of Jon Robbins, attached hereto as *Exhibit B* ¶1.

    2.    Judgment was entered against Defendant, in favor of Plaintiff, May 25, 2012, in amounts totaling $9,036.00. *Exhibit A* at 9, 20, 23; *Exhibit B* ¶2.

Application for Writ of Garnishment - 1

Case No.

Weisberg & Meyers, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
(509) 936-3204
866-565-1327 facsimile

3. To date, Defendant has paid $6199.92 and the judgment remains partially unsatisfied in the amount of $2,836.08. *Exhibit A* at 25; *Exhibit B* ¶3.

4. Plaintiff is further entitled to $3.64 in interest from May 25, 2012 to April 1, 2013 (based on estimated accrual of interest during the garnishment process) at the statutory rate found in 28 U.S.C. § 1961, plus $92.00 for filing fees (registration of foreign judgment and application for writ of garnishment), plus $10.95 for postage costs, plus $20.00 for the answer fee due to garnishee, plus $286.31 in garnishment attorneys' fees, plus $66.00 in other costs (certified copy of the judgment), for a total of $3,341.98. *See* FRCP 69; R.C.W. § 6.27.090.

5. Plaintiff has reason to believe, and does believe that the Garnishee, Sterling Savings Bank, 19230 Alderwood Mall Parkway, Ste. 110, Lynnwood, WA 98036, is indebted to the Defendant in amounts exceeding those exempted from garnishment by any state or federal law. *Exhibit B* ¶4.

6. Garnishee is not the employer of Defendant. *Exhibit B* ¶5.

WHEREFORE, Plaintiff respectfully requests the Clerk issue a Writ of Garnishment to satisfy the above judgment against Defendant in amount of $3,341.98.

Respectfully submitted this 12th day of March, 2013.

> s/Jon Robbins
> Jon Robbins (WSB# 28991)
> WEISBERG & MEYERS, LLC
> 3877 N. Deer Lake Rd.
> Loon Lake, WA 99148
> (509) 936-3204
> (866) 565-1327 facsimile
> jrobbins@AttorneysForConsumers.com
> Attorney for Plaintiff

Application for Writ of Garnishment - 2

Case No.

Weisberg & Meyers, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
(509) 936-3204
866-565-1327 facsimile