```
                                        _____ FILED
                                        _____ LODGED    ┌──────┐
                                        _____ RECEIVED  │ MAIL │
                                                        └──────┘
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

APR 19 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

| | |
|---|---|
| **FREDERICK CHILDERS,** | ) Case No. |
| Plaintiff, | ) **ANSWER TO WRIT OF** |
| vs. | ) **GARNISHMENT** |
| **RECEIVABLES PERFORMANCE MANAGEMENT, LLC,** | ) |
| Defendant, | ) 13-CV-00697-ANS |
| **STERLING SAVINGS BANK,** | ) |
| Garnishee. | ) |

SECTION I: On the date the Writ of Garnishment was issued as indicated by the date appearing on the last page of the writ,

(A) The defendant [ ] was [X] was not employed by garnishee. If not employed and you have no possession or control of any funds of defendant, indicate the last day of employment:_____; and complete section III of this answer and mail or deliver the forms as directed in the writ;

(B) The defendant [X] did [ ] did not maintain a financial account with garnishee; and

(C) The garnishee [X] did [ ] did not have possession of or control over any funds, personal property, or effects of the defendant. (List all of defendant's personal property or effects in your possession or control on the bottom of the last page of this answer form or attach a schedule if necessary.)

SECTION II: At the time of service of the Writ of Garnishment on the garnishee there was due and owing from the garnishee to the above-named defendant $ 3341.98 .

If there is any uncertainty about your answer give an explanation on the last page or on an attached page.

SECTION III: An attorney may answer for the garnishee.

Under penalty of perjury, I affirm that I have examined this answer, including accompanied schedules, and to the best of my knowledge and belief it is true, correct, and complete.

_____      _____
Signature of Garnishee Defendant     Date

*STERLING BANK*

_____      _____
Signature of person answering for Garnishee     Connection with Garnishee

*OPERATIONS*

*APR 17 2013*

_____      _____
Print name of person signing     Address of Garnishee

*Chris Pinkerton*

*STERLING BANK*
*ATTN: OPERATIONS DEPT*
*P O BOX 19243*
*SPOKANE, WA 99219-9901*

Use this space to list all of Defendant's property or effects in your possession or explain any uncertainty about your answer:

_____
_____
_____
_____
_____
_____